**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-1132**

———————

MICHAEL HAIRSTON,

        Plaintiff - Appellant,

    v.

WAL-MART STORES EAST, L.P.,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:18-cv-00619-AWA-LRL)

———————

Submitted:  July 25, 2023                    Decided:  July 27, 2023

———————

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Hairston, Appellant Pro Se.  Donald Cameron Beck, Jr., MCCANDLISH HOLTON, PC, Richmond, Virginia; Sarah Gallo Sauble, BREIT BINIAZAN, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hairston appeals the district court's order granting summary judgment to Defendant on Hairston's amended personal injury complaint. We have reviewed the record and find no reversible error. We therefore affirm the district court's order. *Hairston v. Wal-Mart Stores E., L.P.*, No. 2:18-cv-00619-AWA-LRL (E.D. Va. Jan. 20, 2022).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*